THEODORE V. MASTEN, *Respondent, v.* JOHN OLCOTT and ADELAIDE OLCOTT, *Appellants.*— Motion for new trial denied and judgment for plaintiff on verdict, with costs. Opinion by LEARNED, P. J.

MARTHA HOPPER, *Appellant, v.* DAVID LARKIN, *Respondent.* — Judgment affirmed, with costs. Opinion by BOCKES, J.

CHRISTINA BARDEN, *Appellant, v.* HENRY E. MILLIUS and CHARLES H. WHEADON, *Respondents.* — Judgment affirmed, with costs. Opinion by LEARNED, P. J., and WESTBROOK, J.

JULIEN M. BENTLEY, *Respondent, v.* P. D. MERRIAM and others, *Appellants.*— Judgment affirmed, with costs. Opinion by LEARNED, P. J.

CLARK L. ANDERSON, *Appellant, v.* CHAUNCEY PALMER and others, *Respondents.*— Judgment affirmed, with costs. Opinion by BOCKES, J.

IN THE MATTER OF ESTATE OF PETER G. FOX. — Motion denied. Application by Henry C. Adams for an order to show cause why, etc. Application denied.

THE BOARD OF SUPERVISORS OF SARATOGA COUNTY *v.* MARY J. PARKER and others.— Order requiring retaxation affirmed, with ten dollars costs and printing disbursements to each attorney appearing. BOCKES, J., not acting.

IN THE MATTER OF THE ATTORNEY-GENERAL *v.* THE ATLANTIC MUTUAL LIFE INSURANCE COMPANY.— Order denying motion to require receiver to advertise for claims for six months affirmed, with ten dollars costs and printing disbursements.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* MICHAEL BOWLER, *Respondent, v.* THE CITY OF COHOES, *Appellant.*

SAME *ex rel.* McGUIRK, *Respondent, v.* THE SAME, *Appellant.*

SAME *ex rel.* O'DEA, *Respondent, v.* THE SAME, *Appellant.*

SAME *ex rel.* THOMAS DAVIS, *Respondent, v.* THE SAME, *Appellant.* — Order reversed in each case, with costs of appeal, under section 3240 of Code, and motion denied, with ten dollars costs. Mem. by BOARDMAN, J.

JOHN F. LANDERS, *Sole Surviving Partner, etc., Respondent, v.* LARRY LEWIS, *Appellant.*— Judgment affirmed, with costs.

ROBERT T. SMART, *Respondent, v.* ANDREW J. SMART, *Appellant.* — Judgment affirmed, with costs.

JOHN H. HARBECK, *as Commissioner, Respondent, v.* BERNARD R. ROCKEFELLER, *Appellant.* — Judgment affirmed, with costs.

J. D. ROGERS, *Plaintiff, v.* MELVILLE C. PERCEY, *Defendant.* — Appeal dismissed unless plaintiff file undertaking within fifteen days, and pay twenty dollars costs.